UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON NEWSOME,<br><br>        Plaintiff,<br><br>    v.<br><br>MOHMAND,<br><br>        Defendant. | Case No. 21-cv-01573-SI<br><br>**ORDER OF DISMISSAL** |

This action was opened on March 5, 2021, when the court received from Sheldon Newsome a letter complaining about conditions at the California Medical Facility in Vacaville. On March 9, 2021, the court notified Newsome in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. Docket Nos. 2, 3. The court further notified Newsome that this action would be dismissed if he did not submit a complaint or petition within 28 days, and if he did not pay the fee or file an *in forma pauperis* application within 28 days. Docket Nos. 2, 3. Newsome has failed to provide the court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 23, 2021

SUSAN ILLSTON
United States District Judge