UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON NEWSOME, <br>       Plaintiff, <br>     v. <br> MOHMAND, <br>       Defendant. | Case No. 21-cv-01573-SI <br><br> **JUDGMENT** |

This action is dismissed for failure to file a pleading showing the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 23, 2021

SUSAN ILLSTON
United States District Judge